## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

ETHYL FLOWERS, Individually, and as
Parent, Natural Guardian and Next Friend
Of ELIZABETH FLOWERS, a Minor                          PLAINTIFF

vs.                      No. 3:06CV00227WRW

WAL-MART STORES, INC.                                   DEFENDANT

### ORDER OF DISMISSAL AND APPROVAL OF SETTLEMENT

The parties having reached a compromise settlement, it appears that the Complaint of Plaintiff, Ethyl Flowers, Individually, and as Parent, Natural Guardian and Next Friend of Elizabeth Flowers, a minor, against Defendant, Wal-Mart Stores, Inc., should be dismissed with prejudice. Further, the Court has been advised that part of the settlement will result in a sum of money payable to a minor child who is a resident of the State of Missouri. Pursuant to Section 507.150, Revised Statutes of Missouri, the Court finds that the net amount due the child pursuant to the settlement is less than Ten Thousand and 00/100 Dollars ($10,000.00), that no bond is required under Missouri law and that the payment attributable to the minor child shall be maintained by the Plaintiff, Ethyl Flowers, and shall only be used for the benefit of the minor child during the period of her minority and shall be turned over to her upon reaching the age of Eighteen (18) years. The Court finds that

the settlement is in the minor child's best interests and hereby grants Plaintiff the authority to execute any release necessary to effectuate said settlement.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that the Complaint of Plaintiff, Ethyl Flowers, Individually, and as Parent, Natural Guardian and Next Friend of Elizabeth Flowers, a minor, against Defendant, Wal-Mart Stores, Inc., should be and the same is hereby dismissed with prejudice and that the Plaintiff is hereby authorized to execute any necessary release and maintain the settlement proceeds attributable to the minor child during the period of her minority without the necessity of bond.

IT IS SO ORDERED this 13th day of February 2008.

Honorable William R. Wilson
United States District Judge

APPROVED:

Bill Stanley
Attorney for Plaintiff

Thomas G. Williams
Attorney for Defendant